UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LIZARRAGA,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES ROBERTSON, et al.,<br><br>    Respondents. | Case No. 23-cv-02466-KAW  (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges a conviction and sentence he received in the Los Angeles County Superior Court, which lies in the Central District. Accordingly, this action is TRANSFERRED to the Central District of California as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

Dated: June 29, 2023

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge